UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN THE MATTER OF: ) Case No: B-0982038 C-13D
**JAMES DELONG,** )
 )
 Debtor(s) )
_____)

OBJECTION BY STANDING TRUSTEE TO CONFIRMATION OF PLAN

NOW COMES Richard M. Hutson, II, Standing Trustee ("Trustee") and respectfully objects to confirmation of the Debtor's plan pursuant to 11 U.S.C. §1325 and shows unto the Court the following:

1. The Debtor filed a petition under Title 11 of the United States Code, Chapter 13, on November 16, 2009, in the United States Bankruptcy Court for the Middle District of North Carolina.

2. On November 16, 2009, Richard M. Hutson, II, was appointed as Trustee.

3. This Court has proper and personal jurisdiction of the subject matter hereof and over the parties pursuant to 28 U.S.C. §§151, 157 and 1334, and the Standing Order entered by the United States District Court for the Middle District of North Carolina and this is a core proceeding within 28 U.S.C. §157(b).

4. The petition filed by the Debtor proposes a monthly plan payment of $1,593.00 per month for a period of at least 36 months. Unsecured creditors will not receive any dividend.

5. The Debtor's plan provides that the claim of Chase Home Finance ("Chase") representing a first deed of trust on the Debtor's real property will be paid as a long-term continuing debt pursuant to 11 U.S.C. §1322(b)(5) by disbursements through the Trustee and that any arrearage will be treated as a secured claim and also paid through the Trustee's office.

6. Chase filed a claim secured by the Debtor's real property and has asserted ongoing monthly payments of $1,145.35 and an arrearage through February of 2010 in the amount of $36,169.70.

7. The Trustee objects to confirmation of the plan in that the Debtor's proposed plan payments are not sufficient to satisfy the long-term debt of Chase, the arrearage

claim of Chase, and all other claims within the 60 month time limitation of 11 U.S.C. §1322(d).

WHEREFORE, the Trustee prays the Court for an Order as follows:

1. That the Debtor's plan not be confirmed in that the plan does not comply with 11 U.S.C. §1325 and the case be dismissed for cause pursuant to 11 U.S.C. §1307; or

2. For such other and further relief as the Court may deem just or proper.

This the 21st day of January, 2010.

                                              s/Benjamin E. Lovell
                                              Benjamin E. Lovell
                                              Attorney for the Trustee
                                              State Bar No: 23266
                                              P.O. Box 3613
                                              Durham, N.C. 27702

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing document upon John T. Orcutt, Esq., 6616-203 Six Forks Rd., Raleigh, NC 27615, James S. Delong, 4000 Laurel Dr., Durham, NC 27703, and Michael D. West, Esq., U.S. Bankruptcy Administrator, PO Box 1828, Greensboro, NC 27402 by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure.

      This 21st day of January, 2010.

                                              s/Benjamin E. Lovell
                                              Benjamin E. Lovell, Esq.
                                              Attorney for the Standing Trustee