UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|                         |   |                      |
|-------------------------|---|----------------------|
|                         | ) |                      |
| IN RE:                  | ) |                      |
| JAMES STANLEY DELONG    | ) | CASE NO. 09-82038    |
|     DEBTOR              | ) | CHAPTER 13           |
|                         | ) |                      |

### RESPONSE TO OBJECTION TO CLAIM

**COMES NOW** Chase Home Finance, LLC (hereinafter "Movant") a secured creditor, by and through counsel, Brock and Scott, PLLC, responds to Debtors Objection to Claim and respectfully requests the Court to schedule a hearing on the matter.

This, the 27th day of January, 2010.

Brock and Scott, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Movant
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|   |   |   |
|---|---|---|
| IN RE: | ) |   |
| JAMES STANLEY DELONG | ) | CASE NO. 09-82038 |
| DEBTOR | ) | CHAPTER 13 |
|   | ) |   |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO OBJECTION TO CLAIM in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

James Stanley Delong
4000 Laurel Drive
Durham, NC 27703

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hudson
Chapter 13 Office
302 East Pettigrew St., Suite B-140
Durham, NC 27702

This 27th day of January, 2010

Brock and Scott, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387