UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br>JAMES STANLEY DELONG<br>DEBTOR | CASE NO. 09-82038<br>CHAPTER 13 |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

**COMES NOW** Chase Home Finance, LLC (hereinafter "Creditor") a secured creditor, by and through counsel, Brock and Scott, PLLC, and hereby responds to the Debtor's Objection to Claim, and respectfully requests the Court to schedule a hearing on the matter.

This, the 14th day of June, 2010

Brock and Scott, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for Creditor
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar No.: 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
 )
JAMES STANLEY DELONG ) CASE NO. 09-82038
 ) CHAPTER 13
DEBTOR )
 )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO DEBTOR'S OBJECTION TO CLAIM in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

James Stanley Delong
4000 Laurel Drive
Durham, NC 27703

John T. Orcutt
*Served Electronically*

Richard M. Hudson
*Served Electronically*

This 14th day of June, 2010

    Brock and Scott, PLLC

    /s/ Sean M. Corcoran
    Sean M. Corcoran
    Attorney for Creditor
    Brock & Scott, PLLC
    5121 Parkway Plaza Drive, Suite 300
    Charlotte, NC 28217
    (704) 369-0676
    Bar No.: 33387