C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-82038 C-13D |
| James Stanley Delong | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO VACATE/SET ASIDE/ RESCIND ORDER

NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the ORDER entered on January 25, 2011, dismissing the Debtor, be vacated / set aside / rescinded.

**PARTIES IN INTEREST**
Page 1 of 1
09-82038 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**